RICHARD LOUIS HARTLEY, Defendant Below-Appellant, v. ALFRED T. CREED, Plaintiff Below-Appellee.

RICHARD LOUIS HARTLEY, Defendant Below-Appellant, v. ANNA MAY CREED, Plaintiff Below-Appellee.

(*December* 10, 1963.)

TERRY, C. J., and WOLCOTT and CAREY, J. J., sitting.

*William Prickett, Sr.* (of Prickett and Prickett) for appellants.

*Claud L. Tease* for appellees.

Supreme Court of the State of Delaware.

PER CURIAM.

The issues relating to this appeal are entirely factual. The record contains substantial evidence to sustain the findings of the Trial Judge below. *Turner, et al. v. Vineyard,* 7 Terry 138, 80 A.2d 177.

The judgments below are affirmed.